UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No.: 25-10886-JDH

STOUGHTON MEDIA ACCESS
CORPORATION,

     Plaintiff,

     v.

THE TOWN OF STOUGHTON,
MASSACHUSETTS, THOMAS CALTER III,
STEPHEN CAVEY, and JOSEPH MOKRISKY,
in their individual and official capacities,

     Defendants

## **JOINT MOTION TO STAY**

Plaintiff Stoughton Media Access Corporation ("Plaintiff") and Defendants the Town of

Stoughton, Massachusetts, Thomas Calter III, Stephen Cavey, and Joseph Mokrisky, in their

individual and official capacities ("Defendants") (collectively, with Plaintiff, the "Parties")

jointly move to stay the case while the Parties work to effectuate the terms of the Settlement

Agreement.

As grounds the Parties state that they have recently reached an agreement for settlement

in this matter, and the corresponding Settlement Agreement has been executed by all Parties.

Pursuant to the Settlement Agreement:

1. *The Parties shall, within five days of the execution of this Agreement, jointly move to stay the Litigation.*

1

2.  *The parties shall, within five business days of the close of Town Meeting at which the aforementioned warrant article to release the balance of SMAC's retained earnings to SMAC passed, file the executed stipulation of dismissal with prejudice of the Litigation.*

Once the aforementioned terms of the Settlement Agreement have been completed, the Parties will file a stipulation of dismissal with prejudice.

WHEREFORE, the Parties respectfully request that the proceeding be stayed while the Parties effectuate the terms of the settlement agreement.

Respectfully submitted,

The Defendants,
TOWN OF STOUGHTON, MASSACHUSETTS,
THOMAS CALTER III, STEPHEN CAVEY, AND
JOSEPH MORISKY, IN THEIR INDIVIDUAL AND
OFFICIAL CAPACITIES
By their attorneys,

*/s/ Crystal Huff*
Crystal Huff, BBO #681860
Leonard H. Kesten, BBO #542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
265 Franklin Street, 12th Floor
Boston, MA 02110
(617) 880-7100
lkesten@bhpklaw.com
chuff@bhpklaw.com

The Plaintiff,
STOUGHTON MEDIA ACCESS CORPORATION,
By its attorneys,
*/s/ Joseph P. Zoppo*
Joseph P. Zoppo, BBO# 558423
Peres, Zoppo & Associates Attorneys at Law
6 Cabot Place, Suite 10
Stoughton, MA 02702
(781) 436-8440
jzoppo@pereszoppo.com

2

*/s/ Zachary M. Wallack*
Zachary M. Wallack, BBO# 687965
Matthew D. Rodgers, BBO# 681761
Trevin C. Schmidt, BBO# 703916
Eckert Seamans Cherin & Mellott, LLC

Two International Place, 16th Floor
Boston, MA 02110-2602
(617) 342-6800
zwallack@eckertseamans.com
mrodgers@eckertseamans.com
tschmidt@eckertseamans.com

Dated: April 28, 2026

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document was filed today through the eFileMA system and copies will be sent electronically to registered participants. True copies will otherwise be served upon any attorneys of record who are not listed on the eFileMA system by email and/or First-Class Mail on April 28, 2026.

*/s/ Crystal Huff*
Crystal Huff, BBO# 681860

3