## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **STOUGHTON MEDIA ACCESS CORPORATION,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Case No. 1:25-cv-10886-IT** |
| **THE TOWN OF STOUGHTON, MASSACHUSETTS, THOMAS CALTER III, STEPHEN CAVEY, AND JOSEPH MOKRISKY, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES,** | ) ) ) ) ) ) ) | |
| **Defendants.** | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiff Stoughton Media Access Corporation and

Defendants The Town of Stoughton, Massachusetts and Thomas Calter III, Stephen Cavey, and

Joseph Morisky, in their individual and official capacities, hereby stipulate to the dismissal of

this action, with prejudice, without fees or costs, and waiving all rights of appeal.


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK – SIGNATURES TO FOLLOW]

Respectfully submitted,

| | |
|---|---|
| Plaintiff, | Defendants, |

**STOUGHTON MEDIA ACCESS CORPORATION,**

By Its Attorneys,

*/s/ Joseph P. Zoppo*
Joseph P. Zoppo (BBO #558423)
Peres, Zoppo & Associates
6 Cabot Place, Suite 10
Stoughton, MA 02702
Tel: (781) 436-8440
Fax: (781) 251-664
jzoppo@pereszoppo.com

*/s/ Matthew D. Rodgers*
Zachary M. Wallack (BBO #687965)
Matthew D. Rodgers (BBO #681761)
Trevin C. Schmidt (BBO #703916)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Two International Place, 16th Floor
Boston, MA 02110-2602
Tel: (617) 342-6800
Fax: (617) 342-6899
zwallack@eckertseamans.com
mrodgers@eckertseamans.com
tschmidt@eckertseamans.com

Dated: May 27, 2026

**TOWN OF STOUGHTON, MASSACHUSETTS, THOMAS CALTER III, STEPHEN CAVEY, AND JOSEPH MORISKY, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES,**

By their Attorneys,

*/s/ Leonard H. Kesten*
Leonard H. Kesten (BBO# 542042)
Crystal Huff (BBO #681860)
Thomas R. Donohue (BBO #643483)
BRODY, HARDOON, PERKINS & KESTEN, LLP
265 Franklin Street, 12th Floor
Boston, MA 02110
(617) 880-7100
lkesten@bhpklaw.com
chuff@bhpklaw.com
tdonohue@bhpklaw.com

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 27, 2026.

*/s/ Matthew D. Rodgers*
Matthew D. Rodgers

Dated: May 27, 2026